IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CLEVELAND DUNN, | * |
| Plaintiff, | * |
| v. | Case No. 5:24-cv-00324-TES-ALS |
| | * |
| COMMISSIONER TYRONE OLIVER et al., | |
| | * |
| Defendants. | |
| _____ | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated May 30th, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 2nd day of June, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk